# **Exhibit G**

Hudson River Care & Counseling

Gustavo Mejia, LPC, LCADC

61 Grand Ave

Englewood, NJ, 07631

Tel- 201-541-8600 Fax- 201-541-8100

10/14/13

To Whom It May Concern:

**RE:**

This client is currently in need of the emotional support of a therapy dog within their residence due to anxiety symptoms related to a history of severe PTSD. The company of a therapeutic canine would help in decreasing the overall anxiety and depression associated with symptom triggers related to the PTSD.

If you have any questions please reach out to my office at 201-245-1159.

Sincerely,

Gustavo Mejia LPC LCADC

HOFSTRA-000256